UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| UNITED STATES OF AMERICA, et al., | Case No. 21-mc-80030-LB |
|---|---|
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| GILEAD SCIENCES INC, et al., | Re: ECF No. 1 |
| Defendants. | |

The relator filed a motion to compel compliance with a third-party subpoena. The court generally follows an informal process for discovery disputes, including third-party disputes, at least for the first round (generally on the ground that it conserves everyone's resources). The court thus orders the parties to comply with the dispute procedures in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer by in person (if counsel are local) (and during the pandemic, that should be by videoconference) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument. Given the meet-and-confers that the parties have had, this process should allow a letter to get to the court

ORDER – No. 21-mc-80030-LB

within a week. If this process does not resolve the dispute, and the court allows full briefing on the motion to compel to go forward, then the relator must file a chambers copy of the motion with tabbed exhibits. The court needs chambers copies only if there are multiple exhibits. Otherwise, the electronic filings are fine.

**IT IS SO ORDERED.**

Dated: February 13, 2021

_____
LAUREL BEELER
United States Magistrate Judge